FILED
2011 JUN 29 AM 11:21
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DOUGLASS G. MILLER | : | Case No. 06-70862/TPA |
| and MELISSA J. MILLER, | : | Chapter 13 |
| *Debtor(s)* | : | |
| | | |
| DOUGLASS G. MILLER | : | Adversary Number 11-7032 |
| and MELISSA J. MILLER, | : | Related to Doc. No. 4 |
| *Plaintiffs,* | : | |
| | | |
| v. | | |
| | | |
| GELT FINANCIAL CORPORATION, | : | |
| *Defendant.* | : | |

## ORDER DISMISSING PLEADING
## FOR NONCOMPLIANCE WITH LOCAL RULES

AND NOW, this *29th* day of *June, 2011*, it is hereby **ORDERED** that the pleading entitled *Answer and Affirmative Defenses to Adversary Complaint,* filed at Document No. 4, in the above-captioned case is **DISMISSED**, without prejudice, for failure to comply with this Court's Local Rule *9004-1*, *9013-5*, *Electronic Case Filing Procedure #8*, and/or *Bankruptcy Rule 9011*. Local Rules and Forms can be viewed at the Court's website at *http://www.pawb.uscourts.gov/lrules.htm.* The above pleading is being dismissed for:

[X]    Failure to file a Portable Document Format (PDF), "*..must be created using software that allows the Court to perform a full text search*."

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

Case Administrator to send a copy of this Order to:
  Debtor's Attorney
  Debtor
  Ronda Winnecour, Esq., Ch. 13 Trustee
  Axel A. Shield, II, Esq.